IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO McGEE, (SPN #02907712) | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-0419 |
| JILL WALLACE, et al., | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on APR 1 0 2018.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE